# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Western Division

Aaron May

                        Plaintiff,

v.                                                   Case No.: 3:06−cv−50119
                                                      Honorable Philip G. Reinhard

Victor Trancoso, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26,2013:

      MINUTE entry before Honorable Iain D. Johnston: Based on representations by counsel that the parties have reached a settlement agreement, the deadline for the final pretrial order is continued to 10/14/2013 to give the parties time to file a stipulat ion to dismiss. The status hearing set for 10/3/2013 is continued to 10/17/2013 at 9:00AM. All counsel of record including lead counsel shall appear in person. However, if a stipulation to dismiss is filed on or before 10/14/2013, the status heari ng will be stricken and no appearance will be required. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.