IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| AARON MAY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06 C 50119 |
| | ) | |
| v. | ) | Honorable Frederick J. Kapala |
| | ) | Judge Presiding |
| VICTOR TRANCOSO, et al., | ) | |
| | ) | Honorable Iain D. Johnston |
| Defendants. | ) | Magistrate Judge |

### STIPULATION TO DISMISS

NOW COMES the Plaintiff, Aaron May, by his attorney, Kimberly Blair, and Defendants, Victor Trancoso, Mary A. Henry, Dave Sambdman, Matthew Goken, Jean Solberg, James Martens, Terri Anderson, Roger E. Walker, Jr., Nedra Chandler, Jerry L. Sternes and Jesse Montgomery, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

    1.    This lawsuit shall be dismissed with prejudice and without leave to reinstate.

    2.    Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

| | |
|---|---|
| /s/ Kimberly Blair | /s/ James P. Doran |
| Kimberly Blair | James P. Doran |
| Counsel for Plaintiff | Assistant Attorney General |
| Wilson, Elser, LLP | Attorney for Defendants |
| 55 W. Monroe St. Suite 3800 | 100 West Randolph Street, 13th Floor |
| Chicago, Illinois 60603 | Chicago, Illinois 60601 |
| (312) 704-0550 | (312) 814-7202 |
| | |
| Date: 10/08/2013 | Date: 10/08/2013 |